**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6961**

---

STEVEN CRAIG WHYTE,

      Plaintiff - Appellant,

    v.

R. SKINNER, Federal Correctional Officer; D. MCINTYRE, Federal Correctional Officer; FEDERAL CORRECTIONAL OFFICER HUNT; FEDERAL CORRECTIONAL OFFICER STICKNEY; LIEUTENANT BARBER; LIEUTENANT BARRIENTOS; LIEUTENANT ABDELLAZ; A. MOYERS, Federal Correctional Officer, Health Service Staff,

      Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00009-GMG)

---

Submitted:  August 30, 2024                  Decided:  October 11, 2024

---

Before KING and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steven Craig Whyte, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Craig Whyte appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Whyte's amended complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Whyte v. Skinner*, No. 3:21-cv-00009-GMG (N.D. W. Va. Sept. 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*